UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBIN TEMAHAGARI,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>PAMELA BONDI et al.,<br><br>　　　　　Respondents. | CASE NO. 25-cv-02484-LK<br><br>ORDER GRANTING MOTION TO APPOINT COUNSEL |

　　　　This matter comes before the Court on Petitioner Rubin Temahagari's Motion to Appoint Counsel in this 28 U.S.C. § 2241 immigration habeas action. Dkt. No. 2. The motion, filed by the Federal Public Defender's Office, states that Petitioner does not have the financial resources to retain counsel as he is presently in custody, and that a signed affidavit regarding Petitioner's financial eligibility will be filed within 30 days. *Id.* at 1–2. Having considered the motion, Petitioner's financial eligibility, and the balance of the record, the Court finds and ORDERS as follows:

　　　　(1)　　The Court is in receipt of Petitioner's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. The filing fee has been paid. *See id.* Because of the unique issues involved in this case, the interests of justice support the appointment of counsel for Petitioner. *See*

ORDER GRANTING MOTION TO APPOINT COUNSEL - 1

18 U.S.C. § 3006A(a)(2)(B). Accordingly, Petitioner's request for appointment of counsel, Dkt. No. 2, is GRANTED. The Court APPOINTS the Federal Public Defender to represent Petitioner in these proceedings. Further, within 14 days of the date of this Order, Petitioner shall file an affidavit demonstrating financial eligibility for such appointment.

(2)   The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, and to counsel for Respondents.

Dated this 8th day of December, 2025.

*Lauren King*

Lauren King
United States District Judge